UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROCKY L. FREEMAN,

               Petitioner,

   -against-

UNITED STATES OF AMERICA,

               Respondent.
-----------------------------------------------------------------X

JUDGMENT
01-CV- 0720 (SJ)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 29 2005 ★

P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on June 28, 2005, denying petitioner's motion for relief pursuant to 28 U.S.C. § 2255; granting a Certificate of Appealability; and directing the Clerk of Court to enter a final judgment of dismissal; it is

ORDERED and ADJUDGED that petitioner's motion for relief pursuant to 28 U.S.C. § 2255 is denied; that a Certificate of Appealability is granted; and that a final judgment of dismissal is hereby entered.

Dated: Brooklyn, New York
       June 28, 2005

                                                                  ROBERT C. HEINEMANN
                                                                  Clerk of Court